■ MARIE CAMINITI, Appellant, v. DAVID A. KEELEY et al., Defendants, and DONALD D. BERTUCCI, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from a judgment of the County Court, Suffolk County, entered June 24, 1959, after a jury trial, on the jury's verdict of $325 in favor of plaintiff against defendant Bertucci. Judgment reversed on the facts and a new trial ordered, with costs to abide the event, unless, within 20 days after the entry of the order hereon, defendant Bertucci shall stipulate to increase the verdict to $1,500, in which event the judgment, as so increased, is affirmed, without costs. In our opinion, the amount of the verdict was inadequate. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ L. GARY CLEMENTE, Respondent, v. UNEXCELLED CHEMICAL CORPORATION, Appellant.— In an action to recover damages for breach of contract and for other relief, the defendant appeals from an order of the Supreme Court, Queens County, dated August 8, 1960, which denies its motion to resettle a prior order of said court, entered July 5, 1960, so as to change certain of its decretal provisions. Appeal dismissed, without costs. An order denying resettlement of a prior order so as to change its decretal provisions, is not appealable (*Matter of Krawchick* [*Goldman*], 3 A D 2d 678; *Matter of Rubino* v. *Empire Heating Corp.*, 2 A D 2d 988; *Ambassador Realty Co.* v. *Nicolay*, 1 A D 2d 972; *Bergin* v. *Anderson*, 216 App. Div. 844; 8 Carmody-Wait, New York Practice, pp. 521–522; cf. *Place* v. *Hayward*, 100 N. Y. 626). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JAMES COLICA, Respondent, v. JOHN KAZMIERCZUK et al., Appellants. — In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County, entered November 27, 1959, denying their motion for leave to amend their answer and, upon such amended answer, for summary judgment dismissing the complaint, pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.